| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Gaughan, Patricia A. | 2. Court or Organization<br>U.S. District Court, N.D. Ohio | 3. Date of Report<br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination  Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>United States Courthouse<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only: see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | CSAHS/University Hospital |
| 2. | Member - Board of Directors | Paralegal Studies Advisory Board Ursuline College |
| 3. | Member - Board of Directors | Leukemia & Lymphoma Society |
| 4. | Member - Board of Directors | Magnificat High School |

## II. AGREEMENTS.   (Reporting individual only: see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap. 145 of the Ohio Revised Code) |

RECEIVED  2005 MAY 23 A 11: 28  FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | St. Raphael Church (administration) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Keybank National Association Savings Account | A | Interest | K | T | | | | | |
| 2. Third Federal Savings Checking Account | A | Interest | J | T | | | | | |
| 3. IRA - Evergreen Funds | A | Interest | J | T | | | | | |
| 4. IRA - MBNA America Bank cash-equivalent | A | Interest | J | T | | | | | |
| 5. IRA - Charter One Bank cash-equivalent | A | Interest | J | T | | | | | |
| 6. Ohio PERS Retirement Fund | A | None | L | T | | | | | |
| 7. IRA - Columbus Life Insurance Co. | A | Interest | J | T | | | | | |
| 8. IRA Phoenix Home Life | A | Interest | J | T | | | | | |
| 9. SEP/IRA Putnam Voyager Fund Class B | A | Dividend | J | T | | | | | |
| 10. TRW Common Stock | A | Dividend | J | T | | | | | |
| 11. KeyBank Certificate of Deposit | A | Interest | D | T | | | | | |
| 12. KeyBank Certificate of Deposit | A | Interest | E | T | | | | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ *5-14-05*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544